COMMONWEALTH of Pennsylvania,
Respondent

v.

Ivan T. HOLLOWAY, Sr., Petitioner

No. 889 MAL 2016

Supreme Court of Pennsylvania.

June 12, 2017

## ORDER

PER CURIAM

**AND NOW**, this 12th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**